IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARY JOSEPHINE (JOSIE) VALDEZ, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> NATIONAL SECURITY AGENCY, *et al.*, <br><br>  Defendants. | No. 2:15-cv-00584-RJS-DBP <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

## SCHEDULING ORDER

This matter is before the Court upon the parties' Joint Status Report and proposal for the completion of discovery and the completion of briefing on Defendant NSA's currently tolled motion for judgment on the pleadings. Upon consideration of the parties' status report and their submissions in support thereof,

IT IS HEREBY ORDERED THAT:

1. The Court hereby adopts the following schedule for the proceedings on the NSA's Motion for Judgment on the Pleadings:

Completion of Discovery between Defendant NSA and Plaintiffs

2. Discovery between Defendant NSA and Plaintiffs must be completed on or before March 23, 2018.

Completion of Briefing on Defendant NSA's Motion for Judgment on the Pleadings

3. Plaintiffs will file their memorandum in opposition to the NSA's motion for judgment on the pleadings on or before May 22, 2018.

4. Defendant NSA will file its reply in support of its motion for judgment on the pleadings on or before June 21, 2018.

So ORDERED this  28th   day of June, 2017.

_____
HON. DUSTIN B. PEAD
UNITED STATES MAGISTRATE JUDGE