IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY JOSEPHINE (JOSIE) VALDEZ, HOWARD STEPHENSON, DEEDA SEED, DANIEL DARGER, WILLIAM GRANT BAGLEY, and THOMAS NELSON HUCKIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SECURITY AGENCY; GEORGE W. BUSH, in his individual capacity; MICHAEL V. HAYDEN, in his individual capacity; RICHARD B. CHENEY, in his individual capacity; DAVID ADDINGTON, in his individual capacity; and DOES #1-50, inclusive,<br><br>Defendants. | **ORDER DISMISSING CASE**<br><br>Case No.: 2:15-cv-00584-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Before the court is Plaintiffs' Motion to Dismiss Without Prejudice.[1] Upon consideration of the Plaintiffs' Motion, and for good cause appearing, the court ORDERS that this matter be dismissed without prejudice, the parties to bear their own costs and attorneys' fees. The clerk of court is directed to close the case.

DATED this 27th day of September, 2018.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 63.